

SEALED BY ORDER OF THE COURT

FILED

DEC – 3 2015

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

E-filing

1   BRIAN STRETCH (CABN 163973)
    Acting United States Attorney

2
    DAVID R. CALLAWAY (CABN 121782)
3   Chief, Criminal Division

4   JOSEPH FAZIOLI (CABN 275564)
    Assistant United States Attorney
5
       150 Almaden Boulevard, Suite 900
6      San Jose, California 95113
       Telephone: (408) 535-5061
7      FAX: (408) 535-5066
       Joseph.fazioli@usdoj.gov
8
    Attorneys for United States of America
9

10                  UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                       SAN JOSE DIVISION

LHK
HRL

CR 15      00568

13
    UNITED STATES OF AMERICA,            )   CASE NO.
14                                       )
          Plaintiff,                     )   UNITED STATES' APPLICATION TO SEAL
15                                       )   INDICTMENT
       v.                                )
16                                       )   SAN JOSE VENUE
    SRIDEVI AIYASWAMY,                    )
17                                       )   __UNDER SEAL__
          Defendant.                     )
18                                       )
    _____ )
19

20        Now comes the United States of America, by and through its counsel, the United States Attorney

21   for the Northern District of California, and moves this Court for an Order sealing the Indictment and

22   Arrest Warrant in this matter until the arrest of the defendant, or otherwise ordered by the Court. The

23   United States requests that the Court order the Clerk of the Court to furnish copies of the arrest warrant

24   to the United States Attorney's Office and to law enforcement agents. The United States also requests

25

26                                          1



27

28

1 | copies of the sealed indictment.

2

3 | DATED:  December 3, 2015

Respectfully submitted,

BRIAN STRETCH
Acting United States Attorney

JOSEPH FAZIOLI
Assistant United States Attorney

2