UNITED STATES DISTRICT COURT
JUDGE LUCY H. KOH, PRESIDING
COURTROOM NO. 6-4th FLOOR

CRIMINAL MINUTES
# UNITED STATES OF AMERICA v. SRIDEVI AIYASWAMY
15-CR-00568-LHK

**Court Proceedings:** Status Conference, Wednesday, March 23, 2016
**Time in Court**: 9:57-9:59 a.m. (2 minutes)

**Courtroom Deputy Clerk:** Stacy Sakamoto
**Court Reporter:** Summer Fisher
**Interpreter:** None requested

**Representing Plaintiff:** Attorney Jonas Lerman for the United States of America
**Representing Defendant:** Attorney Erik Babcock for Sridevi Aiyaswamy

Defendant was present and out of custody. The parties provided the Court with a case update.

The Court **GRANTED** the parties' motion for a continuance. Per 18 U.S.C. §3161(h)(7)(A), the Court found the ends of justice served in granting the continuance outweighed the best interests of the public and the defendant in a speedy trial, and excluded time from March 23, 2016 through and including May 18, 2016. The reason for the finding was that failure to grant the continuance would deny the parties reasonable time for effective preparation, taking into account the exercise of due diligence, and for additional reasons as stated on the record, per 18 U.S.C. §3161(h)(7)(B)(iv).

The Court **ORDERED** the parties to next appear on **Wednesday, May 18, 2016 at 9:45 a.m.** for a further Status Conference.

Court adjourned.