LAW OFFICES OF ERIK BABCOCK
ERIK BABCOCK (Cal. 172517)
717 Washington St., 2d Floor
Oakland CA 94607
Tel:  (510) 452-8400
Fax:  (510) 452-8405
erik@babcocklawoffice.com

Attorney for Defendant
SRI AIYASWAMY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>SRI AIYASWAMY,<br><br>      Defendant. | Case No. CR 5:15-cr-00568-LHK (NMC)<br><br>**STIPULATION AND PROPOSED ORDER (1) MODIFYING BOND TO ALLOW FUTURE TRAVEL WITHOUT COURT APPROVAL IN THE UNITED STATES, and (2) ALLOWING TRAVEL TO MEXICO** |

Ms. Aiyaswami has requested and received permission to travel outside the district on three prior occasions, including a lengthy trip to India.  To avoid repeated requests to the court, IT IS HEREBY STIPULATED by the parties, by and through their respective counsel, with the concurrence of Pretrial Services, that the conditions of release for Ms. Aiyaswami may be modified to allow her travel:

(1) Within the United States without prior court approval so long as prior notice is given to the U.S. Attorney of the travel and the government has no objection, and prior notice is given to Pretrial Services with an itinerary; and

…

…

(2) To Mexico from August 12, 2016 to August 17, 2016.  Ms. Aiyasawmi shall provide an itinerary to Pretrial Services of her travel plans.   Her passport shall be returned to her for this trip, which she shall promptly surrender after she returns.

**SO STIPULATED**.

DATED:  August 3, 2016

/s/ _____
THOMAS NEWMAN
Assistant U.S. Attorney

DATED:  August 3, 2016

/s/ _____
ERIK BABCOCK
Attorney for Defendant Aiyaswami

**<u>PROPOSED ORDER</u>**

**GOOD CAUSE APPEARING, IT IS SO ORDERED**.

DATED:

_____
Honorable Nathanael Cousins
U.S. MAGISTRATE JUDGE