UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SRIDEVI AIYASWAMY,<br><br>　　　　Defendant. | Case No. 15-CR-00568-LHK<br><br>**PROPOSED VERDICT FORM** |

The parties shall file objections or statements of no objections by July 18, 2017.

Dated: July 14, 2017

　　　　　　　　　　　　　　　　　　　*Lucy H. Koh*
　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　United States District Judge

1

Case No. 15-CR-00568-LHK
PROPOSED VERDICT FORM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>　　v.<br>SRIDEVI AIYASWAMY,<br>　　　　　Defendant. | Case No. 15-CR-00568-LHK<br><br>**VERDICT** |

WE, THE JURY in this case, unanimously find the Defendant Sredevi Aiyaswamy:

**COUNT 1:** _____ (GUILTY / NOT GUILTY) of the offense of Visa Fraud in violation of Title 18, United States Code, Section 1546(a) as charged in Count 1 of the Indictment;

**COUNT 2:** _____ (GUILTY / NOT GUILTY) of the offense of Visa Fraud in violation of Title 18, United States Code, Section 1546(a) as charged in Count 2 of the Indictment;

Case No. 15-CR-00568-LHK
PROPOSED VERDICT FORM

2

**COUNT 3:** _____ (GUILTY / NOT GUILTY) of the offense of Visa Fraud in violation of Title 18, United States Code, Section 1546(a) as charged in Count 3 of the Indictment;

**COUNT 4:** _____ (GUILTY / NOT GUILTY) of the offense of Visa Fraud in violation of Title 18, United States Code, Section 1546(a) as charged in Count 4 of the Indictment;

**COUNT 5:** _____ (GUILTY / NOT GUILTY) of the offense of Visa Fraud in violation of Title 18, United States Code, Section 1546(a) as charged in Count 5 of the Indictment;

**COUNT 6:** _____ (GUILTY / NOT GUILTY) of the offense of Visa Fraud in violation of Title 18, United States Code, Section 1546(a) as charged in Count 6 of the Indictment;

**COUNT 7:** _____ (GUILTY / NOT GUILTY) of the offense of Visa Fraud in violation of Title 18, United States Code, Section 1546(a) as charged in Count 7 of the Indictment;

**COUNT 8:** _____ (GUILTY / NOT GUILTY) of the offense of Visa Fraud in violation of Title 18, United States Code, Section 1546(a) as charged in Count 8 of the Indictment;

**COUNT 9:** _____ (GUILTY / NOT GUILTY) of the offense of Visa Fraud in violation of Title 18, United States Code, Section 1546(a) as charged in Count 9 of

Case No. 15-CR-00568-LHK
PROPOSED VERDICT FORM

the Indictment;

**COUNT 10:** _____ (GUILTY / NOT GUILTY) of the offense of Visa Fraud in violation of Title 18, United States Code, Section 1546(a) as charged in Count 10 of the Indictment;

**COUNT 11:** _____ (GUILTY / NOT GUILTY) of the offense of Visa Fraud in violation of Title 18, United States Code, Section 1546(a) as charged in Count 11 of the Indictment;

**COUNT 12:** _____ (GUILTY / NOT GUILTY) of the offense of Visa Fraud in violation of Title 18, United States Code, Section 1546(a) as charged in Count 12 of the Indictment;

**COUNT 13:** _____ (GUILTY / NOT GUILTY) of the offense of Visa Fraud in violation of Title 18, United States Code, Section 1546(a) as charged in Count 13 of the Indictment;

**COUNT 14:** _____ (GUILTY / NOT GUILTY) of the offense of Visa Fraud in violation of Title 18, United States Code, Section 1546(a) as charged in Count 14 of the Indictment;

**COUNT 15:** _____ (GUILTY / NOT GUILTY) of the offense of Visa Fraud in violation of Title 18, United States Code, Section 1546(a) as charged in Count 15 of the Indictment;

**COUNT 16:** _____ (GUILTY / NOT GUILTY) of the offense of

Visa Fraud in violation of Title 18, United States Code, Section 1546(a) as charged in Count 16 of the Indictment;

**COUNT 17:** _____ (GUILTY / NOT GUILTY) of the offense of Visa Fraud in violation of Title 18, United States Code, Section 1546(a) as charged in Count 17 of the Indictment;

**COUNT 18:** _____ (GUILTY / NOT GUILTY) of the offense of Visa Fraud in violation of Title 18, United States Code, Section 1546(a) as charged in Count 18 of the Indictment;

**COUNT 19:** _____ (GUILTY / NOT GUILTY) of the offense of Visa Fraud in violation of Title 18, United States Code, Section 1546(a) as charged in Count 19 of the Indictment;

**COUNT 20:** _____ (GUILTY / NOT GUILTY) of the offense of Visa Fraud in violation of Title 18, United States Code, Section 1546(a) as charged in Count 20 of the Indictment;

**COUNT 21:** _____ (GUILTY / NOT GUILTY) of the offense of Visa Fraud in violation of Title 18, United States Code, Section 1546(a) as charged in Count 21 of the Indictment;

**COUNT 22:** _____ (GUILTY / NOT GUILTY) of the offense of Visa Fraud in violation of Title 18, United States Code, Section 1546(a) as charged in Count 22 of the Indictment;

**COUNT 23:** _____ (GUILTY / NOT GUILTY) of the offense of Visa Fraud in violation of Title 18, United States Code, Section 1546(a) as charged in Count 23 of the Indictment;

**COUNT 24:** _____ (GUILTY / NOT GUILTY) of the offense of Visa Fraud in violation of Title 18, United States Code, Section 1546(a) as charged in Count 24 of the Indictment;

**COUNT 25:** _____ (GUILTY / NOT GUILTY) of the offense of Visa Fraud in violation of Title 18, United States Code, Section 1546(a) as charged in Count 25 of the Indictment;

**COUNT 26:** _____ (GUILTY / NOT GUILTY) of the offense of Visa Fraud in violation of Title 18, United States Code, Section 1546(a) as charged in Count 26 of the Indictment;

**COUNT 27:** _____ (GUILTY / NOT GUILTY) of the offense of Visa Fraud in violation of Title 18, United States Code, Section 1546(a) as charged in Count 27 of the Indictment;

**COUNT 28:** _____ (GUILTY / NOT GUILTY) of the offense of Visa Fraud in violation of Title 18, United States Code, Section 1546(a) as charged in Count 28 of the Indictment;

**COUNT 29:** _____ (GUILTY / NOT GUILTY) of the offense of Visa Fraud in violation of Title 18, United States Code, Section 1546(a) as charged in Count 29 of the Indictment;

**COUNT 30:** _____ (GUILTY / NOT GUILTY) of the offense of Visa Fraud in violation of Title 18, United States Code, Section 1546(a) as charged in Count 30 of the Indictment;

**COUNT 31:** _____ (GUILTY / NOT GUILTY) of the offense of Visa Fraud in violation of Title 18, United States Code, Section 1546(a) as charged in Count 31 of the Indictment;

**COUNT 32:** _____ (GUILTY / NOT GUILTY) of the offense of Visa Fraud in violation of Title 18, United States Code, Section 1546(a) as charged in Count 32 of the Indictment;

**COUNT 33:** _____ (GUILTY / NOT GUILTY) of the offense of Visa Fraud in violation of Title 18, United States Code, Section 1546(a) as charged in Count 33 of the Indictment;

**COUNT 34:** _____ (GUILTY / NOT GUILTY) of the offense of Visa Fraud in violation of Title 18, United States Code, Section 1546(a) as charged in Count 34 of the Indictment.

        *    *    *

When this form is completed, the jury foreperson should date and sign it and advise the Court that you have reached a verdict.

Dated: _____      _____

                         FOREPERSON

Case No. 15-CR-00568-LHK
PROPOSED VERDICT FORM

8