BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

JEFFREY D. NEDROW (CABN 161299)
JOHN C. BOSTIC (CABN 264367)
Assistant United States Attorneys

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5045
   FAX: (408) 4535-5066
   Email: jeff.nedrow@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>SRIDEVI AIYASWAMY,<br><br>   Defendant. | CASE NO. CR 15-00568 LHK<br><br>UNITED STATES' EXHIBIT LIST<br><br>Trial:    July 21, 2017<br>Time:   9:00 a.m.<br>Judge:  Hon. Lucy H. Koh |

Pursuant to the Court's April 17, 2017 Pretrial Conference Order (Dkt. No. 52), the United States hereby submits its updated exhibit list for trial. The government may offer the following exhibits during the trial of this matter. The government respectfully reserves the right to amend and supplement this list before and/or during trial. This list does not necessarily include demonstrative exhibits and charts that will not be offered as evidence.

/ / /

/ / /

/ / /

| EXHIBIT NUMBER | DESCRIPTION | BATES RANGE |
| --- | --- | --- |
| 1 | USCIS H-1B file for Alex Joseph | AIY009981 – AIY010343 |
| 1a | LCA for Alex Joseph | AIY010024 – AIY010029 |
| 1b | I-129 Petition for Alex Joseph | AIY010008 – AIY010023 |
| 1c | Statement of Work submitted in support of I-129 Petition for Alex Joseph | AIY010065 – AIY010072 |
| 1d | December 20, 2010 Strataserv I-129 cover letter to USCIS | AIY010035 |
| 1e | December 20, 2010 Strataserv I-129 cover letter to USCIS | AIY010030 – AIY010034 |
| 1f | I-797B, Notice of Action; January 6, 2011 I-129 Approval Notice | AIY0100007 |
| 1g | January 26, 2011 written job offer confirmation from Aiyaswamy to Alex Joseph | AIY010039 – AIY010040 |
| 1h | January 27, 2011 letter from Aiyaswamy to American Consulate General, Chennai | AIY010036 |
| 1i | August 18, 1998, Articles of Incorporation | AIY010131 – AIY010134 |
| 1j | Cisco Systems Consulting Services Agreement dated March 7, 2008 | AIY010226 – AIY010234 |
| 1k | August 23, 2011 letter from Aiyaswamy regarding withdrawal of H-1B visa. | AIY010001 |
| 1L | February 13, 2013 Notice of Decision from USCIS | AIY009982 |
| 1m | May 9, 2011 Memorandum from U.S. Consulate to USCIS | AIY010004 – AIY010005 |
| 2 | USCIS H-1B file for Pradeep Santhapuri | AIY005852 – AIY006468 |
| 2a | LCA for Pradeep Santhapuri | AIY005873 – AIY005878 |
| 2b | I-129 Petition for Pradeep Santhapuri | AIY005852 – AIY005872 |
| 2c | Statement of Work submitted in support of I-129 Petition for Pradeep Santhapuri | AIY005929 – AIY005946 |
| 2d | March 29, 2011 written job offer confirmation from Aiyaswamy to Pradeep Santhapuri | AIY005935 – AIY005939 |
| 2e | April 13, 2011 letter from Strataserv to USCIS regarding H1B for Pradeep Santhapuri | AIY005904 – AIY005909 |
| 2f | Strataserv web page | AIY005911 – AIY005928 |
| 2g | Form I-797A, Notice of Action; April 19, 2011 Approval Notice | AIY006176 |

NO. CR 15-568 LHK
GOVERNMENT'S EXHIBIT LIST

| EXHIBIT NUMBER | DESCRIPTION | BATES RANGE |
|---|---|---|
| 2h | May 31, 2011 H-1B Withdrawal letter to USCIS | AIY006439 |
| 2i | June 13, 2011, USCIS Notice of Decision letter | AIY006438 |
| 2j | Statement of Findings (SOF) | AIY006418 – AIY006435 |
| 3 | USCIS H-1B file for Krishna Arla | AIY010344 – AIY010553 |
| 3a | LCA for Krishna Arla | AIY010367- AIY010372 |
| 3b | I-129 Petition for Krishna Arla | AIY010351 – AIY010366 |
| 3c | Statement of Work submitted in support of I-129 Petition Krishna Arla | AIY010412 – AIY010428 |
| 3d | July 27, 2011 letter from Strataserv to USCIS regarding H-1B Extension for Krishna Arla | AIY010375 – AIY010379 |
| 3e | July 27, 2011, cover letter from Strataserv to USCIS regarding H-1B processing | AIY010373 |
| 3f | Form I-797A, Notice of Action, September 26, 2011 Approval Notice | AIY010345 – AIY010346 |
| 3g | October 8, 2011 H-1B Withdrawal letter to USCIS | AIY010540 |
| 3h | November 23, 2011, USCIS Notice of Decision letter | AIY010539 |
| 3i | Statement of Findings (SOF) | AIY010519 – AIY010536 |
| 4 | USCIS H-1B File for Sri Prabhakar | AIY010554 – AIY010707 |
| 4a | LCA for Sri Prabhakar | AIY010578 – AIY010584 |
| 4b | I-129 Petition for Sri Prabhakar | AIY010562 – AIY010577 |
| 4c | Statement of Work submitted in support of I-129 Petition for Sri Prabhakar | AIY010600 – AIY010615 |
| 4d | September 28, 2011, cover letter from Strataserv to USCIS regarding H-1B processing | AIY010585 |
| 4e | September 28, 2011, letter from Strataserv to USCIS regarding H-1B Extension for Sri Harsha Prabhakar | AIY010586 – AIY010590 |
| 4f | September 20, 2011, written job offer confirmation from Aiyaswamy to Sri Harsha Prabhakar | AIY010598 – AIY010599 |
| 4g | Form I-797A, Notice of Action, November 23, 2011 Approval Notice | AIY010558 – AIY010559 |
| 4h | June 8, 2012 H-1B Withdrawal letter to USCIS | AIY010556 |
| 4i | June 19, 2012, USCIS Notice of Decision letter | AIY010555 |

NO. CR 15-568 LHK
GOVERNMENT'S EXHIBIT LIST

| EXHIBIT NUMBER | DESCRIPTION | BATES RANGE |
|---|---|---|
| 4j | Statement of Findings (SOF) | AIY010672 – AIY010689 |
| 5 | USCIS H1-B File for Pradeep Vedhamoorthy | AIY010708 – AIY010844 |
| 5a | LCA for Pradeep Vedhamoorthy | AIY010729 – AIY010735 |
| 5b | I-129 Petition for Praddeep Vedhamoorthy | AIY010713 – AIY010727 |
| 5c | Statement of Work submitted in support of I-129 Petition for Pradeep Vedhamoorthy | AIY010750 – AIY010770 |
| 5d | October 11, 2011, cover letter from Strataserv to USCIS regarding H-1B processing | AIY010728 |
| 5e | October 11, 2011, letter from Strataserv to USCIS regarding H-1B for Pradeep Vedhamoorthy | AIY010736 – AIY010740 |
| 5f | Form I-797A, Notice of Action, October 31, 2011 Approval Notice | AIY010709 – AIY010710 |
| 5g | September 30, 2011, written job offer confirmation from Aiyaswamy to Pradeep Vedhamoorty | AIY010748 – AIY010749 |
| 5h | April 23, 2013, H-1B Withdrawal letter to USCIS | AIY010816 |
| 5i | April 29, 2013 Notice of Decision | AIY010815 |
| 5j | Statement of Findings (SOF) | AIY010818 – AIY010835 |
| 6 | USCIS H1-B File for Rohini Hagargundgi | AIY010845 – AIY011017 |
| 6a | LCA for Rohini Hagargundgi | AIY010873 – AIY010879 |
| 6b | I-129 Petition for Rohini Hagargundgi | AIY010853 – AIY010870 |
| 6c | Statement of Work submitted in support of I-129 Petition for Rohini Hagargundgi | AIY010894 – AIY010910 |
| 6d | April 26, 2012 cover letter from Strataserv to USCIS regarding H-1B processing | AIY010871 – AIY010872 |
| 6e | April 23, 2012, letter from Strataserv to USCIS regarding H-1B for Rohini Hagargundgi | AIY010880 – AIY010884 |
| 6f | Form I-797A, Notice of Action, May 9, 2012 Approval Notice | AIY010851 – AIY010852 |
| 6g | April 11, 2012 written job offer confirmation from Aiyaswamy | AIY010892 – AIY010893 |
| 6h | Form I-797E, Notice of Action. July 10, 2013 Intent to Revoke Processing | AIY010987 – AIY010992 |
| 6i | August 6, 201 letter from Aiyaswamy responding to USCIS Notice of Intent to Revoke; and withdrawal | AIY010849 |
| 6j | October 2, 2013 Notice of Decision from USCIS | AIY010848 |

| EXHIBIT NUMBER | DESCRIPTION | BATES RANGE |
|---|---|---|
| 6k | Statement of Findings | AIY010998 – AIY011015 |
| 7 | USCIS H1-B File for Aparna Ganesan | AIY011029 – AIY011184 |
| 7a | LCA for Aparna Ganesan | AIY011056 – AIY011062 |
| 7b | I-129 Petition for Aparna Ganesan | AIY011038 – AIY011053 |
| 7c | Statement of Work submitted in support of I-129 Petition for Aparna Ganesan | AIY011077 – AIY011099 |
| 7d | April 23, 2012 letter from Strataserv to USCIS regarding H-1B processing for Aparna Ganesan | AIY011063 – AIY011067 |
| 7e | April 23, 2012 cover letter from Strataserv to USCIS regarding H-1B processing | AIY011054 – AIY011055 |
| 7f | Form I-797A, Notice of Action, May 4, 2012 H-1B Approval Notice | AIY011034 – AIY011035 |
| 7g | Form I-797E, Notice of Action. July 10, 2013 Intent to Revoke Processing | AIY011145 – AIY011150 |
| 7h | August 5, 2013, letter from Aiyaswamy responding to USCIS Notice of Intent to Revoke; and withdrawal | AIY011032 |
| 7i | October 2, 2013, Notice of Decision from USCIS | AIY011030 |
| 7j | Statement of Findings (SOF) | AIY011155 – AIY011172 |
| 8 | USCIS H1-B File for Varaha Kandregula | AIY011185 – AIY011336 |
| 8a | LCA for Varaha Kandregula | AIY011214 – AIY011220 |
| 8b | I-129 Petition for Varaha Kandregula | AIY011194 – AIY011213 |
| 8c | Statement of Work submitted in support of I-129 Petition Varaha Kandregula | AIY011235 – AIY011251 |
| 8d | April 23, 2012 letter from Strataserv to USCIS regarding H-1B processing for Varaha Kandregula | AIY011221 – AIY011225 |
| 8e | April 23, 2012 cover letter from Strataserv to USCIS regarding H-1B processing | AIY011212 – AIY011213 |
| 8f | May 21, 2012 Letter from Aiyaswamy Response to Request for Evidence | AIY011285 |
| 8g | Form I-797A, Notice of Action, June 1, 2012 H-1B Approval Notice | AIY011189 |
| 8h | December 21, 2012, Notice of Decision form USCIS | AIY011186 |

NO. CR 15-568 LHK
GOVERNMENT'S EXHIBIT LIST

| EXHIBIT NUMBER | DESCRIPTION | BATES RANGE |
|---|---|---|
| 8i | December 3, 2012 letter from Aiyaswamy, withdrawing H-1B visa of Varaha Kandregula | AIY011187 |
| 8j | Statement of Findings (SOF) | AIY011303 – AIY011320 |
| 9 | USCIS H1-B File for Naveen Gauba | AIY011337 – AIY011511 |
| 9a | LCA for Naveen Gauba | AIY011360 – AIY011367 |
| 9b | I-129 Petition for Naveen Gauba | AIY011343 – AIY011359 |
| 9c | Statement of Work submitted in support of I-129 Petition for Naveen Gauba | AIY011383 – AIY011408 |
| 9d | April 25, 2012 cover letter from Strataserv to USCIS regarding H-1B processing | AIY011359 |
| 9e | April 25, 2012 letter from Strataserv to USCIS regarding H-1B processing for Naveen Gauba | AIY011368 – AIY011373 |
| 9f | April 15, 2012 written job offer confirmation from Aiyaswamy | AIY011381 – AIY011382 |
| 9g | 9/24/2012, Aiyaswamy letter Response to Request for Evidence | AIY011447 |
| 9h | Strataserv Organization Chart | AIY011471 |
| 9i | Form I-797E, Notice of Action.  October 2, 2013 Intent to Revoke Processing | AIY011480 – AIY011485 |
| 9j | October 30, 2013, Letter from Aiyaswamy withdrawing H1-B petition | AIY011340 |
| 9k | November 12, 2013 Notice of Decision from USCIS | AIY011339 |
| 9L | Statement of Findings (SOF) | AIY011486 – AIY011503 |
| 10 | USCIS H1-B Petition for Praveen Jacob | AIY011512 – AIY011634 |
| 10a | LCA for Praveen Jacob | AIY011537 – AIY011542 |
| 10b | I-129 Petition for Praveen Jacob | AIY011517 – AIY011536 |
| 10c | Statement of Work submitted in support of I-129 Petition for Praveen Jacob | AIY011543 – AIY011551 |
| 10d | May 1, 2012 cover letter from Strataserv to USCIS regarding H-1B processing | AIY011535 – AIY011536 |
| 10e | May 1, 2012 letter from Strataserv to USCIS regarding H-1B processing for Praveen Jacob | AIY011552 – AIY011556 |

NO. CR 15-568 LHK
GOVERNMENT'S EXHIBIT LIST

| EXHIBIT NUMBER | DESCRIPTION | BATES RANGE |
|---|---|---|
| 10f | Form I-797A, Notice of Action, May 17, 2012 H-1B Approval Notice | AIY011515 – AIY011516 |
| 10g | October 22, 2012, Letter from Aiyaswamy withdrawing H-1B visa | AIY011514 |
| 10h | October 26, 2012 Notice of Decision from USCIS | AIY011513 |
| 10i | Statement of Findings (SOF) | AIY011611 – AIY011628 |
| 11 | USCIS H1-B File for Madhuri Satpathy | AIY011920 – AIY012052 |
| 11a | LCA for Madhuri Satpathy | AIY011945 – AIY011951 |
| 11b | I-129 for Madhuri Satpathy | AIY011926 – AIY011944 |
| 11c | Statement of Work submitted in support of I-129 Petition Madhuri Satpathy | AIY011966 – AIY011985 |
| 11d | May 3, 2012 cover letter from Strataserv to USCIS regarding H-1B processing | AIY011943 – AIY011944 |
| 11e | May 3, 2012 letter from Strataserv to USCIS regarding H-1B processing for Madhuri Satpathy | AIY011952 – AIY011956 |
| 11f | USCIS filing receipt | AIY012023 |
| 11g | Form I797E, Notice of Action, July 10, 2013 Intent to Revoke Processing from USCIS | AIY012016 – AIY012021 |
| 11h | August 5, 2013, Letter from Aiyaswamy withdrawing H1-B petition | AIY011923 |
| 11i | October 2, 2013 Notice of Decision from USCIS | AIY011925 |
| 11j | Statement of Findings (SOF) | AIY012026 – AIY012043 |
| 12 | USCIS H1-B File for Veerraju Dhavileswarapu | AIY011635 – AIY011788 |
| 12a | LCA Veerraju Dhavileswarapu | AIY011694 – AIY011700 |
| 12b | I-129 Petition for Veerraju Dhavileswarapu | AIY011642 – AIY011663 |
| 12c | Statement of Work submitted in support of I-129 Petition for Veerraju Dhavileswarapu | AIY011664 – AIY011680 |
| 12d | May 1, 2012 cover letter from Strataserv to USCIS regarding H-1B processing | AIY011692 – AIY011693 |
| 12e | June 4, 2012 letter from Strataserv to USCIS regarding H-1B processing for Veerraju Dhavileswarapu | AIY011701 – AIY011704 |

NO. CR 15-568 LHK
GOVERNMENT'S EXHIBIT LIST

| EXHIBIT NUMBER | DESCRIPTION | BATES RANGE |
| --- | --- | --- |
| 12f | June 27, 2012, Aiyaswamy Response to Request for Evidence | AIY011663 |
| 12g | Form I-797A, Notice of Action, July 5, 2012 H-1B Approval Notice | AIY011640-AIY011641 |
| 12h | Strataserv Organization Chart | AIY011683 |
| 12i | Form I-797E, Notice of Action, October 2, 2013 Intent to Revoke Processing from USCIS | AIY011751 – AIY011756 |
| 12j | October 30, 2013 H-1B Withdrawal letter from Aiyaswamy | AIY011639 |
| 12k | November 21, 2013 Notice of Decision from USCIS revoking H-1B petition | AIY011637 |
| 12L | Statement of Findings (SOF) | AIY011761 – AIY011778 |
| 13 | USCIS H1-B File for Sreedevi Ayyankala | AIY011789 – AIY011919 |
| 13a | LCA Petition for Sreedevi Ayyankala | AIY011819 – AIY011825 |
| 13b | I-129 Petition for Sreedevi Ayyankala | AIY011795 – AIY011818 |
| 13c | Statement of Work submitted in support of I-129 Petition for Sreedevi Ayyankala | AIY011835 – AIY011852 |
| 13d | June 6, 2012 cover letter from Strataserv to USCIS regarding H-1B processing | AIY011813 – AIY011818 |
| 13e | Form I-797A, Notice of Action, June 16, 2012 H-1B Approval Notice | AIY011793 – AIY011794 |
| 13f | February 27, 2013 letter from Aiyaswamy to USCIS withdrawing H-1B Visa for Sreedevi Ayyankala | AIY011791 |
| 13g | March 6, 2013, Notice of Decision from USCIS regarding withdrawal | AIY011790 |
| 13h | Statement of Findings (SOF) | AIY011896 – AIY011913 |
| 14 | USCIS H1-B File for Naziya Ansari | AIY012053 – AIY01224 |
| 14a | LCA for Naziya Ansari | AIY012077 – AIY012082 |
| 14b | I-129 Petition for Naziya Ansari | AIY012061 – AIY012076 |
| 14c | Statement of Work submitted in support of I-129 Petition for Naziya Ansari | AIY012108 – AIY012115 |
| 14d | May 3, 2012 cover letter from Strataserv to USCIS regarding H-1B processing | AIY012102 |

NO. CR 15-568 LHK
GOVERNMENT'S EXHIBIT LIST

| EXHIBIT NUMBER | DESCRIPTION | BATES RANGE |
|---|---|---|
| 14e | June 5, 2012 letter from Strataserv to USCIS regarding H-1B processing for Naziya Ansari | AIY012103 – AIY012091 |
| 14f | April 15, 2012 written job offer confirmation from Aiyaswamy | AIY012123 – AIY012124 |
| 14g | August 22, 2012, Request for Evidence response from Aiyaswamy | AIY012090 – AIY012089 |
| 14h | Form I-797A, Notice of Action, September 12, 2012 H-1B Approval Notice from USCIS | AIY012057 – AIY012058 |
| 14i | July 5, 2013, H-1B Withdrawal letter from Aiyaswamy | AIY012055 |
| 14j | July 17, 2013, Notice of Decision from USCIS | AIY012054 |
| 14k | Statement of Findings (SOF) | AIY012192 – AIY012210 |
| 15 | USCIS H1-B File for Subhodeep Bhattacharya | AIY012225 – AIY12331 |
| 15a | LCA for Subhodeep Bhattacharya | AIY012256 – AIY012262 |
| 15b | I-129 Petition for Subhodeep Bhattacharya | AIY012233 – AIY012251 |
| 15c | Statement of Work submitted in support of I-129 Petition for Subhodeep Bhattacharya | AIY012776 – AIY012292 |
| 15d | June 6, 2012 letter from Strataserv to USCIS regarding H-1B processing for Subhodeep Bhattacharya | AIY012263 – AIY012266 |
| 15e | June 6, 2012 May3, 2012 cover letter from Strataserv to USCIS regarding H-1B processing checklist | AIY012255 |
| 15f | June 26, 2012 Strataserv Response to Request for Evidence | AIY012251 |
| 15g | Form I-797A, Notice of Action, July 3, 2012 H-1B Approval Notice | AIY012229 – AIY012230 |
| 15h | April 15, 2013 H-1B withdrawal letter from Aiyaswamy | AIY012227 |
| 15i | May 1, 2013, Notice of Decision regarding H-1B withdrawal from USCIS | AIY012226 |
| 15j | Statement of Findings (SOF) | AIY012307 – AIY012324 |
| 16 | USCIS H1-B File for Anshuli Tripathi (June 2012) | AIY012332 – AIY012463 |
| 16a | LCA for Anshuli Tripathi (June 2012) | AIY012416 – AIY012422 |
| 16b | I-129 Petition for Anshuli Tripathi (June 2012) | AIY012399 – AIY012415 |

NO. CR 15-568 LHK
GOVERNMENT'S EXHIBIT LIST

| EXHIBIT NUMBER | DESCRIPTION | BATES RANGE |
| --- | --- | --- |
| 16c | Statement of Work submitted in support of I-129 Petition for Anshuli Tripathi (June 2012) | AIY012351 – AIY012367 |
| 16d | June 7, 2012 letter from Strataserv to USCIS regarding H-1B processing for Anshuli Tripathi | AIY012423 – AIY012427 |
| 16e | June 7, 2012 H-1B checklist cover letter from Aiyaswamy | AIY012415 |
| 16f | Form I-797E, Notice of Action, August 7, 2013 Intent to Revoke Processing from USCIS | AIY012336 – AIY012341 |
| 16g | November 1, 2013 Notice of Revocation of Nonimmigrant Petition from USCIS | AIY012333 – AIY012334 |
| 16h | Statement of Findings (SOF) | AIY012437 – AIY012456 |
| 17 | USCIS H1-B File for Anshuli Tripathi (January 2013) | AIY012464 – AIY012598 |
| 17a | LCA for Anshuli Tripathi (January 2013) | AIY012491 – AIY012496  AIY012543 – AIY012547 |
| 17b | I-129 Petition for Anshuli Tripathi (January 2013) | AIY012506 – AIY012541 |
| 17c | Statement of Work submitted in support of I-129 Petition for Anshuli Tripathi (January 2013) | AIY012548 – AIY012555 |
| 17d | January 2, 2013 H-1B checklist cover letter from Aiyaswamy | AIY012541 |
| 17e | January 14, 2013 letter from Strataserv to USCIS regarding H-1B processing for Anshuli Tripathi | AIY012522 |
| 17f | February 4, 2013 Response to Request for Evidence from Aiyaswamy | AIY012504 – AIY012505 |
| 17g | Form I-797A Notice of Action, February 14, 2013 H-1B Approval Notice | AIY012497 – AIY012498 |
| 17h | Form I-797A Notice of Action, February 2013 H-1B Approval Notice | AIY012499 – AIY012500 |
| 17i | September 4, 2013 Response to Intent to Revoke by Aiyaswamy | AIY012471 – AIY012472 |
| 17j | Form I-797E Notice of Action, August 7, 2013 Intent to Revoke Processing from USCIS | AIY012571 – AIY012576 |
| 17k | October 2, 2013 Notice of Revocation of Nonimmigration Petition from USCIS | AIY012466 – AIY012469 |
| 17L | Statement of Findings (SOF) | AIY012580 – AIY012594 |
| 18 | USCIS H1-B File for Shrikant Nayudu | AIY012599 – |

NO. CR 15-568 LHK
GOVERNMENT'S EXHIBIT LIST

| EXHIBIT NUMBER | DESCRIPTION | BATES RANGE |
|---|---|---|
| | | AIY012764 |
| 18a | LCA for Shrikant Nayudu | AIY012623 – AIY012629 |
| 18b | I-129 Petition for Shrikant Nayudu | AIY012608 – AIY012621 |
| 18c | Statement of Work submitted in support of I-129 Petition for Shrikant Nayudu | AIY012650 – AIY012660 |
| 18d | March 5, 2013 Job offer confirmation letter from Aiyaswamy | AIY012648 – AIY012649 |
| 18e | March 18, 2013 H-1B checklist cover letter from Aiyaswamy | AIY012621 – AIY012622 |
| 18f | March 23, 2013 letter from Strataserv to USCIS regarding H-1B processing for Shrikant Nayudu | AIY012630 – AIY012634 |
| 18g | Article of Incorporation from CA Secretary of State | AIY012637 – AIY012639 |
| 18h | Form I-797A Notice of Action, April 23, 2013 H-1B Approval Notice | AIY012606 – AIY012607 |
| 18i | Form I-797E Notice of Action, June 6, 2013 Intent to Revoke Processing from USCIS | AIY012600 – AIY012602 |
| 18j | June 20, 2013 Notice of Decision regarding Withdrawal from USCIS | AIY012603 |
| 18k | June 11, 2013 Letter of Withdrawal from Aiyaswamy | AIY012604 |
| 18L | Statement of Findings (SOF) | AIY012739 – AIY012757 |
| 19 | Certified Copy of Aiyaswamy's California Driver License | AIY016115 – AIY016122 |
| 20 | Wells Fargo Bank Statements for defendant's Wells Fargo Bank accounts | AIY016201 – AIY016479 |
| 21 | Strataserv Profit and Loss Statements | AIY016192 – AIY016200 |
| 22 | e-mails sent by and to Aiyaswamy regarding foreign worker's H1-B visa application process, Cisco, and statement of work documents | AIY016480 – AIY016603 |
| 23 | Floorplan of Strataserv office | AIY016188 – AIY016189 |
| 24 | Photo of Aiyaswamy's residence | AIY016191 |
| 25 | Blank I-129 Application | AIY016152 – AIY016187 |
| 26 | I-129 Application Instructions | AIY016123 – AIY016151 |

| | |
|---|---|
| DATED:  July 17, 2017 | Respectfully Submitted, |
| | BRIAN J. STRETCH<br>United States Attorney |
| | */s/* _____<br>JEFFREY D. NEDROW<br>JOHN C. BOSTIC<br>Assistant United States Attorneys |