UNITED STATES DISTRICT COURT
JUDGE LUCY H. KOH, PRESIDING
CRIMINAL MINUTES

## UNITED STATES OF AMERICA v. SRIDEVI AIYASWAMY
5:15-CR-00568-LHK

**Court Proceedings:** Status Conference, Wednesday, July 19, 2017
**Location/Time in Court**: Courtroom 8, 10:40-10:56 a.m. (16 minutes)

**Courtroom Deputy:** Irene Mason
**Court Reporter:** Lee-Anne Shortridge
**Interpreter:** None requested

**Plaintiff's Counsel:** Jeff Nedrow and John Bostic
**Defense Counsel:** Erik Babcock

Defendant was present and out of custody.  Defendant was sworn-in by the Courtroom Deputy.

A Plea Agreement was **EXECUTED** in open court. Defendant **ENTERED** a guilty plea as to Counts One (1), Two (2), and Four (4) of the Indictment (ECF No. 1). The Court **ACCEPTED** the plea and found the Defendant made a knowing, intelligent, free and voluntary waiver of rights and entry of a guilty plea.  The Court also finds there is an independent and factual basis for each count.

The Court **VACATED** all pretrial filing deadlines and the jury trial dates.

The Court **REFERRED** Defendant to the office of U.S. Probation for preparation of a Presentence Investigation Report.

Sentencing is **SET** for **Wednesday, November 15, 2017 at 9:15 a.m.**

Court adjourned.