LAW OFFICES OF ERIK BABCOCK
ERIK BABCOCK (Cal. 172517)
717 Washington St., 2d Floor
Oakland CA 94607
Tel: (510) 452-8400
Fax: (510) 452-8405
erik@babcocklawoffice.com

Attorney for Defendant
AIYASWAMY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. CR 15-00568-LHK |
|---|---|
| Plaintiff, | **DEFENDANT'S UNOPPOSED MOTION TO CONTINUE SENTENCING** |
| v. | |
| SRIDEVI AIYASWAMY, | |
| Defendant. | |

Defendant Sri Aiyaswamy, by and through the undersigned counsel, hereby moves the court for an order continuing the sentencing of this case.

DECLARATION OF ERIK BABCOCK

1. I am counsel for Ms. Aiyaswamy. She pleaded guilty in July and sentencing is set for November 15, 2017. I have been preparing this case for sentencing, including providing material to Probation and attending the interview. However, I have been unexpectedly unable to devote the time necessary to review and respond to the draft report, and I do not believe I will have adequate time to prepare and file a proper sentencing memorandum due to an upcoming trial in the Easter District. I am set for trial in the Eastern District in the case of

*United States v. Singh* et al, No. 13-cr-00084 GEB.   Jury selection commences on October 24, 2017.  The trial is estimated to last 3 weeks.

2.   Normally I would have had sufficient time to prepare for my trial and still be ready for sentencing in this case.  Unfortunately, there has been a significant amount of work I did not anticipate because in the last two weeks alone, the prosecution in the Singh case has produced more than 4,500 pages of new discovery that I should have received and been able to review long ago.  I have therefore had to devote an unusual amount of time in the last two weeks reviewing that discovery to ensure I am ready for trial.  Once trial commences I will have very little time to handle other matters, including preparing this case for sentencing.

3.   I am therefore requesting additional time to adequately respond to the draft PSR, and to prepare a sentencing memorandum.

4.   I informed Mr. Nedrow of my need for a continuance and he indicated that he was not opposed to my request. I also emailed the Probation Officer.  Both indicated that they are available if sentencing were to be continued to December 13, 2017.  I have conflicts on the other Wednesdays in late November and early December.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 18th day of October, 2017 at Oakland, California.

DATED: October 18, 2017                    Respectfully submitted,


By:    /s/Erik Babcock
       ERIK BABCOCK

       Attorney for Defendant
       SRIDEVI AIYASWAMY

```
Motion to Continue GRANTED.  Sentencing Set for December 20, 2017
at 9:15 a.m. in Courtroom 8, San Jose.  No further continuances
will be permitted.
Dated: 10/18/2017
```
*Lucy H. Koh*
_____
Lucy H. Koh.
U.S. District Judge

Motion To Continue Sentencing
2