| | |
|---|---|
| 1 | LAW OFFICES OF ERIK BABCOCK |
| 2 | ERIK BABCOCK (Cal. 172517) |
|   | 717 Washington St., 2d Floor |
| 3 | Oakland CA 94607 |
|   | Tel:  (510) 452-8400 |
| 4 | Fax:  (510) 452-8405 |
|   | erik@babcocklawoffice.com |
| 5 | |
|   | Attorney for Defendant |
| 6 | SRI AIYASWAMY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 5:15-cr-00568-LHK ~~(NMC)~~ |
| Plaintiff, | **STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING SELF SURRENDER DATE BY 35 DAYS** |
| v. | |
| SRI AIYASWAMY, | |
| Defendant. | |

Ms. Aiyaswami was sentenced to 13 months imprisonment on December 20, 2017.  The court granted her a date of February 14, 2018 to self-surrender to the facility designated by the Bureau of Prisons. Ms. Aiyaswamy still needs additional time to wrap up the various financial affairs of her business of 20 years, Strataserv Inc.

Additionally, her daughter is graduating from medical school in May this year and will be home the week of March 12 through 16, 2018 for what is called "Match Day"—the term for when medical students find out about residencies.  Since Ms. Aiyaswamy is going to miss her daughter's graduation ceremony, she is requesting to be with her daughter during that week in March in which the residency is received.

Stipulation and ~~Proposed~~ Order
Extending Self Surrender Date
By 35 Days
1

IT IS THEREFORE STIPULATED by the parties, by and through their respective counsel, that the date on which Ms. Aiyaswami shall surrender to the Bureau of Prisons may be extended by 35 days from February 14, 2018 to March 21, 2018.

**SO STIPULATED**.

DATED: January 30, 2018         /s/
                                ERIK BABCOCK
                                Attorney for Defendant Aiyaswami

DATED: January 30, 2018         /s/
                                JEFF NEDROW
                                Assistant U.S. Attorney

**~~PROPOSED~~ ORDER**

~~**GOOD CAUSE APPEARING, IT IS SO ORDERED**~~.  DENIED.

DATED: 2/1/2018

*Lucy H. Koh*
~~Honorable Nathanael Cousins~~ Lucy H. Koh
~~U.S. MAGISTRATE JUDGE~~
U.S. District Judge

Stipulation and ~~Proposed~~ Order
Extending Self Surrender Date
By 35 Days
2