LAW OFFICES OF ERIK BABCOCK
ERIK BABCOCK (Cal. 172517)
717 Washington St., 2d Floor
Oakland CA 94607
Tel:  (510) 452-8400
Fax:  (510) 452-8405
erik@babcocklawoffice.com

Attorney for Defendant
SRI AIYASWAMY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SRI AIYASWAMY,<br><br>Defendant. | Case No. CR 5:15-cr-00568-LHK (NMC)<br><br>**UNOPPOSED EX PARTE APPLICATION FOR ORDER EXTENDING SELF SURRENDER BY ONE WEEK** |

I, ERIK BABCOCK, declare as follows:

1. I am counsel of record for Sri Aiyaswami in the above-referenced case.

2. Ms. Aiyaswami plead to three counts of visa fraud and was sentenced to 13 months.  The court gave her a self-surrender date of February 14, 2018.  The court denied the parties stipulated request to continue by 5 weeks that extension;

3. On Sunday, February 4, 2018 Ms. Aiyaswami had an accident while doing volunteer work. She was injured, including to her head, and taken to the hospital, where she received multiple stitches to her ear.  I have attached as Exhibit A copies of records she received that day from her hospital visit.

4. She is scheduled to have the stitches removed on February 14, 2018, the same day she is scheduled to surrender to FCI Dublin, the facility to which the Bureau of Prisons has designated her.

5. I respectfully request that she be granted a one week extension of her surrender date.

6. The reason for this request is to make sure that she has time to get to the facility after her appointment. Additionally, if for some reason her ear has not healed enough yet the physician may not remove the stitches that day and it will be too late to request an extension.

7. This request is not made for the purposes of delay. Although the court denied the stipulated extension request last week, I had not yet told Ms. Aiyaswamy of the denial because I was busy preparing for a rape trial that was supposed to commence on Monday, February 5, 2018.

8. I called and emailed Jeff Nedrow, the Assistant U.S. Attorney handling this matter, about this request. I also provided him the medical records. He has no opposition to the requested extension.

9. For the foregoing reasons, I respectfully request an order allowing a one week extension her surrender date to February 21, 2018.

DATED: February 9, 2018                  /s/Erik Babcock
                                          ERIK BABCOCK
                                          Attorney for Defendant Aiyaswami

///

///

///

////

////

///

Ex Parte Application For Extension
Of Self Surrender Date

## ~~PROPOSED~~ ORDER

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT**

The date on which Sridevy Aiyaswami must self surrender to the Bureau of Prisons is hereby extended from February 14, 2018 to February 21, 2018 at 2:00 p.m.

**SO ORDERED**.

DATED: 2/12/2018

*Lucy H. Koh*
Honorable Lucy H. Koh
U.S. DISTRICT JUDGE